

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

June 09, 2015

| | |
|---|---|
| No.: | 15-35452 |
| D.C. No.: | 3:14-cv-06026-BHS |
| Short Title: | Northwest School of Safety, et al v. Bob Ferguson, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 09 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship; PUGET SOUND SECURITY, INC., a Washington corporation; PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation; FIREARMS ACADEMY OF SEATTLE, INC., Washington corporation; DARRYL LEE; XEE DEL REAL; JOE WALDRON; GENE HOFFMAN; ANDREW GOTTLIEB; ALAN GOTTLIEB; GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust; SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>   Plaintiffs - Appellants,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity); WASHINGTON ATTORNEY GENERAL'S OFFICE; JOHN BATISTE, Chief of the Washington State Patrol (in his official capacity); DOES I-V,<br><br>   Defendants - Appellees. | No. 15-35452<br><br>D.C. No. 3:14-cv-06026-BHS<br>U.S. District Court for Western Washington, Tacoma<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., June 16, 2015** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., September 14, 2015** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Tue., October 13, 2015** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellants' reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Kathy Morris
Deputy Clerk