No. 15-35452

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NORTHWEST SCHOOL OF SAFETY,
a sole proprietorship, et al.,

Plaintiffs - Appellees,

v.

BOB FERGUSON, Attorney General of Washington, et al.,

Defendants – Appellants.

# CERTIFICATE OF SERVICE
# REGARDING MEDIATION QUESTIONNAIRE

CORR CRONIN MICHELSON BAUMGARDNER
FOGG & MOORE LLP
Steven W. Fogg, WSBA #23528
David B. Edwards, WSBA #44680
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600

# CERTIFICATE OF SERVICE

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Plaintiffs herein.

2. On this date, I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, and certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system to the parties indicated below:

Noah G. Purcell, WSBA No. 43492
*Solicitor General*
noahp@atg.wa.gov
R. July Simpson, WSBA No. 45869
*Assistant Attorney General*
RJulyS@atg.wa.gov
Jeffrey T. Even, WSBA No. 20367
*Deputy Solicitor General*
jeffe@atg.wa.gov
Rebecca R. Glasgow, WSBA No. 32886
*Deputy Solicitor General*
RebeccaG@atg.wa.gov
Office of the Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100
*Attorneys for Defendants*

Paul J. Lawrence, WSBA No. 13557
Gregory J. Wong, WSBA No. 39329
Sarah S. Washburn, WSBA No. 44418
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
Paul.lawrence@pacificalawgroup.com
Greg.wong@pacificalawgroup.com
Sarah.washburn@pacificalawgroup.com
*Attorneys for Intervenor-Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 16, 2015, at Seattle, Washington.

/s/ Christy A. Nelson
Christy A. Nelson