Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 15-35452

Case Name: Northwest School of Safety et al  v.  Ferguson et al

The Clerk will enter my appearance as counsel on behalf of: Stumbo, WAGR, and Everytown for Gun Safety

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☒ Appellee   ☐ Respondent  ☒ Intervenor     ☐ Appellee/Cross-Appellant

☐ Check if you are lead counsel.
Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: 

Name: Sarah S. Washburn

Firm/Office: Pacifica Law Group

Address: 1191 Second Avenue, Suite 2000

City: Seattle    State: WA    Zip Code: 98101

Email: sarah.washburn@pacificalawgro    Re-enter Email: sarah.washburn@pacificalawgro

Phone Number *(including area code)*: (206) 245-1700

Signature *(use "s/" format)*: s/ Sarah S. Washburn    Date: 06/17/2015

9th Circuit Case Number(s) 15-35452

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*.
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* 06/17/2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)*  s/ Sarah S. Washburn

*********************************************************************************

## CERTIFICATE OF SERVICE
When <u>Not</u> All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* _____.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*