UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> BOB FERGUSON, Attorney General of Washington (in his official capacity); et al., <br><br> Defendants - Appellees, <br><br> CHERYL STUMBO; et al., <br><br> Intervenor-Defendants - Appellees. | No. 15-35452 <br><br> D.C. No. 3:14-cv-06026-BHS <br> U.S. District Court for Western Washington, Tacoma <br><br> **ORDER** |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Chris Goelz, Circuit Mediator, at 206-224-2323 or chris_goelz@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

                                      FOR THE COURT:

                                      Lynn Warton

lw/mediation                           Deputy Clerk