No. 15-35452

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NORTHWEST SCHOOL OF SAFETY, *et al.*,

Plaintiffs – Appellants,

v.

BOB FERGUSON, *et al.*,

Defendants – Appellees.

Appeal from the United States District Court
for the Western District of Washington

The Honorable Benjamin H. Settle - Dist. Ct. No. 3:14-cv-6026 BHS

# ERRATA TO
# APPELLANTS' OPENING BRIEF

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
Steven W. Fogg, WSBA #23528
David B. Edwards, WSBA #44680
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600
sfogg@corrcronin.com
dedwards@corrcronin.com

Donald E. J. Kilmer, Jr.
A Professional Corp.
CA State Bar No.: 179986
1645 Willow Street, Suite 150
San Jose, California 95125
(408) 264-8489
Don@DKLawOffice.com

Mikolaj T. Tempski, WSBA #42896
TEMPSKI LAW FIRM, PS
40 Lake Bellevue Dr., Suite 100
Bellevue, WA 98005
miko@tempskilaw.com

# ERRATA

Appellants respectfully submit this Errata to their Opening Brief (DktEntry: 11-1) filed and served on September 14, 2015.

The Table of Authorities contained in the Opening Brief on pages "v" and "vi" incorrectly reflected the location where authorities were cited within the Brief. Appellants respectfully request that the Clerk and all parties remove and replace pages "v" and "vi" to the Opening Brief with the attached.

Respectfully submitted this 18th day of September, 2015.

                                      */s/ Steven W. Fogg*
                                      Steven W. Fogg, WSBA #23528
                                      David B. Edwards, WSBA #44680

                                      */s/ Donald E. J. Kilmer*
                                      Donald E. J. Kilmer, Jr., CA #179986

                                      */s/ Mikolaj T. Tempski*
                                      Mikolaj T. Tempski, WSBA #42896

                                      *Attorneys for Plaintiffs-Appellants*

# TABLE OF AUTHORITIES

**Cases**

*Allen v. Wright*, 468 U.S. 737 (1984) ................................................................12

*Arizona Right to Life Political Action v. Bayless*,
   320 F.3d 1002 (9th Cir. 2003) ..................................................................14

*California Pro-Life Council, Inc. v. Getman*,
   328 F.3d 1088 (9th Cir. 2003) ............................................................ 15, 16

*District of Columbia v. Heller*, 554 U.S. 570 (2008) ....................................... 17, 24

Ezell v. City of Chicago, 651 F.3d 694 (7th Cir. 2011) ...........................................17

*Human Life of Washington Inc. v. Brumsickle*,
   624 F.3d 990 (9th Cir. 2010) ....................................................................15

*Jackson v. City & County of San Francisco*, 746 F.3d 953 (9th Cir. 2014)............19

*Jackson v. City & County of San Francisco*,
   829 F. Supp. 2d 867 (N.D. Cal. 2011)................................................. 10, 18, 22, 24

*King County v. Rasmussen*, 299 F.3d 1077 (9th Cir. 2002) ....................................11

*Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992) ..............................................12

*McGraw v. United States*, 281 F.3d 997 (9th Cir. 2002).........................................11

*MedImmune, Inc. v. Genentech, Inc.*, 549 U.S. 118 (2007) ............................. passim

*San Diego County Gun Rights Comm. v. Reno*,
   98 F.3d 1121 (9th Cir. 1996) ............................................................... 17, 24, 25

*Thomas v. Anchorage Equal Rights Comm'n*,
   220 F.3d 1134 (9th Cir. 2000) ................................................................ passim

*U.S. v. Chovan*, 735 F.3d 1127 (9th Cir. 2013) ......................................................17

*Valle del Sol Inc. v. Whiting*, 732 F.3d 1006 (9th Cir. 2013) ....................... 14, 15, 22

*Valley View Health Care, Inc. v. Chapman*,
    992 F. Supp. 1016 (E.D. Cal. 2014) ........................................................22


**Statutes**

18 U.S.C. § 922(b)(3) .............................................................................. 7, 20

28 U.S.C. § 1291 ............................................................................................2

28 U.S.C. § 1331 ............................................................................................2

28 U.S.C. §§ 2201 and 2202 .........................................................................2

42 U.S.C. §§ 1983 and 1988 .........................................................................2

RCW 18.170.050 ............................................................................................4

RCW 9.41.010 ........................................................................................... 4, 19

RCW 9.41.092 ................................................................................................4

RCW 9.41.113 ........................................................................................... 4, 19

RCW 9.41.115 ................................................................................................4

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

DATED this 18th day of September, 2015.

*/s/ Christy A. Nelson*
Christy A. Nelson