# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, et al., | No. 15-35452 |
| | **INTERVENOR-APPELLEE'S JOINDER IN APPELLEES' BRIEF** |
| Plaintiffs-Appellants, | |
| v. | D. Ct. No. 3:14-cv-6026 BHS |
| BOB FERGUSON, Attorney General of Washington, et al., | United States District Court for the Western District of Washington at Tacoma |
| Defendants-Appellees. | |

## NOTICE OF JOINDER

Intervenors-Defendants-Appellees Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594 hereby join the brief of Appellees John Batiste, Bob Ferguson and Washington Attorney General's Office and respectfully request that the Court affirm the decision of the district court.

Dated: November 12, 2015

Respectfully submitted,

*/s/ Gregory A. Castanias*

Gregory A. Castanias
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3639
gcastanias@jonesday.com

Paul J. Lawrence
Gregory J. Wong
Sarah S. Washburn
PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700

Peter C. Canfield
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
(404) 581-8956
pcanfield@jonesday.com

*Counsel for Intervenors-Defendants-Appellees Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594*

*Counsel for Intervenor-Defendant-Appellee Everytown for Gun Safety Action Fund for I-594*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2015, this Notice was filed with the United States Court of Appeals for the Ninth Circuit via the Court's ECF system.

I further certify that on this 12th day of November 2015, this Notice was electronically served on the participants in this case via the Court's ECF system.

Dated: November 12, 2015                    Respectfully submitted,

                                            <u>*/s/ Gregory J. Wong*</u>
                                            Gregory J. Wong